**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| *In re MultiPlan Health Insurance Provider Litigation* <br><br> *This Document Relates to:* <br> **Virtua Health, Inc.**, and all related entities listed in Exhibit A, <br><br>      Plaintiffs, <br><br>      v. <br><br> MULTIPLAN CORP. NKA CLARITEV CORPORATION; MULTIPLAN, INC.; VIANT, INC.; VIANT PAYMENT SYSTEMS, INC.; NATIONAL CARE NETWORK, LP; NATIONAL CARE NETWORK, LLC; MEDICAL AUDIT & REVIEW SOLUTIONS, INC.; AETNA, INC.; THE CIGNA GROUP; UNITEDHEALTH GROUP, INC.; UNITED MEDICAL RESOURCES INC; ELEVANCE HEALTH, INC. F/K/A/ ANTHEM, INC.; ANTHEM BLUE CROSS, INC. F/K/A EMPIRE BLUE CROSS.; et al., <br><br>      Defendants. | Civil Action No.: 1:26-cv-08198 |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**
**AND NOTIFICATION OF AFFILIATES**

Pursuant to Local Rule 3.2 and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff

Virtua Health, Inc. ("Virtua Health"), itself and on behalf of the entities identified in Exhibit A to

the Direct Action Plaintiff Short-Form Complaint of Virtua Health, Inc. and Related Entities

(collectively, the "Virtua Entities"), by and through their undersigned counsel, hereby makes the

following disclosure statement:

1.      Virtua Health is a nongovernmental corporate party. It has no parent corporation. It is not a publicly held corporation, and no publicly held corporation owns 5% or more of its stock.

2.      Virtua Health is the ultimate parent controlling the Virtua Entities. The Virtua Entities are nongovernmental corporate parties, and are not publicly held, and no publicly held corporation owns 5% or more of their stock.

Date: July 10, 2026

**DUANE MORRIS LLP**

/s/  *Sean S. Zabaneh*
Sean S. Zabaneh
Sean P. McConnell
Sarah O'Laughlin Kulik
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
P: 215 979 1149
SSZabaneh@duanemorris.com
SPMcconnell@duanemorris.com
SCKulik@duanemorris.com

and

Rebecca Bazan
DUANE MORRIS LLP
Washington, D.C. 20001
P: 202 766 7800
REBazan@duanemorris.com

and

John D. Cooke
DUANE MORRIS LLP
Chicago, IL
P: 312 499 6700
JDCooke@duanemorris.com
Attorney ID: 6354591

***Counsel for Plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 10, 2026, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

Date: July 10, 2026

**DUANE MORRIS LLP**

/s/  *Sean S. Zabaneh*
Sean S. Zabaneh
Sean P. McConnell
Sarah O'Laughlin Kulik
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
P: 215 979 1149
SSZabaneh@duanemorris.com
SPMcconnell@duanemorris.com
SCKulik@duanemorris.com

and

Rebecca Bazan
DUANE MORRIS LLP
Washington, D.C. 20001
P: 202 766 7800
REBazan@duanemorris.com

and

John D. Cooke
DUANE MORRIS LLP
Chicago, IL
P: 312 499 6700
JDCooke@duanemorris.com
Attorney ID: 6354591

***Counsel for Plaintiffs***